Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BLINN,<br><br>            Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING; and TRANS UNION LLC,<br><br>            Defendants. | Case No. 2:25-cv-00501-GMN-MDC<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Anne Blinn ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed her Complaint on March 18, 2025, (ECF No. 1.) and currently Experian's responsive pleading is due April 9, 2025. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until May 9, 2025, to file its responsive pleading. This is Experian's first request for an

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

Dated this 8th of April, 2025.

| NAYLOR & BRASTER | LAW OFFICES OF MILES N. CLARK, LLC |
|---|---|
| By: /s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W Charleston Blvd, Suite 120<br>Las Vegas, Nevada 89135<br><br>Attorneys for Defendant<br>Experian Information Solutions, Inc. | By: /s/ Miles N. Clark<br>Miles N. Clark<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br><br>Attorney for Plaintiff<br>Anne Blinn |

**IT IS SO ORDERED.**

Dated 4-11-25.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2