**ATLAS | SOLOMON LLP**
NATALIE L. WINSLOW
Nevada Bar No. 12125
Email: nwinslow@atlas-solomon.com
MELANIE D. MORGAN
Nevada Bar No. 8215
Email: mmorgan@atlas-solomon.com
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89129
(725) 315-9572

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing and Caliber Home Loans, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BLINN,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; and TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:25-cv-00501-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME FOR NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING AND CALIBER HOME LOANS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

It is stipulated and agreed by and between counsel for plaintiff Anne Blinn (**plaintiff**) and counsel for defendants NewRez LLC dba Shellpoint Mortgage Servicing and Caliber Home Loans, Inc. (**defendants**) that the time for defendants to respond to plaintiffs' complaint is extended up to and including **April 23, 2025**.

Plaintiff filed her complaint on March 17, 2025. ECF No. 1. Plaintiff served defendants with a summons and complaint on March 19, 2025. The deadline for defendants to respond to plaintiff's complaint is April 9, 2025. The parties have discussed extending the deadline for defendants to respond to plaintiffs' complaint to allow defendants additional time to complete the investigation of the allegations and discuss early resolution of the matter.

This is the first request for an extension of time for defendants to file their responsive pleading. The extension is requested in good faith and not for purposes of delay or prejudice to any other party.

Dated this 3rd day of April, 2025.

ATLAS | SOLOMON LLP

/s/ *Natalie L. Winslow*
Natalie L. Winslow
Nevada Bar No. 12125
*Attorney for NewRez LLC and Caliber Home Loans, Inc.*

Dated this 3rd day of April, 2025.

LAW OFFICES OF MILES N. CLARK, LLC

/s/ *Miles N. Clark*
Miles N. Clark
Nevada Bar No. 13848
*Attorney for Plaintiff Anne Blinn*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   4-11-25

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of ATLAS | SOLOMON LLP, and that on this 4th day of April, I did cause the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT to be filed and served to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ *Natalie L. Winslow*
Natalie L. Winslow
An Employee of ATLAS SOLOMON LLP