GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BLINN,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:25-cv-00501-GMN-MDC<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Equifax's time to answer, move or otherwise respond to the Complaint in this action is extended from April 9, 2025 through and including **May 9, 2025**. The

//

1  request was made by Equifax so that it can have an opportunity to collect and review its internal
2  files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed
3  in good faith and not intended to cause delay.

Respectfully submitted, this 8th day of April, 2025.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N, Marina
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Equifax Information Services, LLC*

**<u>No opposition</u>**
/s/ *Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Email: miles@milesclarklaw.com
*Attorney for Plaintiff*

IT IS SO ORDERED

_____
United States Magistrate Judge

DATED:  __4-11-25_____

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 8th day of April, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com