Karie N. Wilson
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Phone: (702) 363-5100
kwilson@messner.com

Attorney for Defendant Discover Bank

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BLINN,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; and TRANS UNION LLC,<br><br>          Defendants. | Case No. 2:25-cv-00501<br><br>JOINT STIPULATION TO ARBITRATE AND STAY CASE AS TO DISCOVER BANK |

Plaintiff Anne Blinn ("Plaintiff") and defendant Discover Bank ("Discover"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate and Stay Case as to Discover Bank, stating as follows:

60830895 v1

1. Plaintiff commenced this action by filing a complaint against Discover, among others, on or about March 17, 2025. (Doc. 1).

2. The Parties have since agreed to arbitrate all of their claims against Discover in this case pursuant to a written arbitration agreement.

3. The Parties therefore respectfully request that the Court enter the below Order granting this Stipulation, which orders that all of the claims against Discover in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed against Discover pending the outcome of arbitration.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter the below Order granting this Stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted this 7th day of May, 2025.

| | |
|---|---|
| */s/ Miles N. Clark* (with permission) | */s/ Karie N. Wilson* |
| Miles N. Clark | Karie N. Wilson |
| Nevada Bar No. 13848 | Nevada Bar No. 7957 |
| Law Offices of Miles N. Clark, LLC | Messner Reeves LLP |
| 5510 S. Fort Apache Rd., Suite 30 | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV 89148 | Las Vegas, NV 89148 |
| Telephone: (702) 856-7430 | Telephone: (702) 363-5100 |
| Miles@milesclarklaw.com | Kwilson@messner.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Anne Blinn* | *Discover Bank* |

IT IS SO ORDERED.

_____
Gloria N. Navarro
United States District Judge

Dated: May 8, 2025

- 2 -
Joint Stipulation to Arbitrate and Stay Case as to Discover Bank

60830895 v1