Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Anne Blinn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNE BLINN,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:25-cv-00501-GMN-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' PARTIAL MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: March 17, 2025<br><br>First Amended Complaint filed: May 6, 2025<br><br>Assigned to Hon. Judge Gloria M. Navarro |

Plaintiff Anne Blinn ("Plaintiff"), by and through her counsel of record, and Defendants NewRez LLC dba Shellpoint Mortgage Servicing and Caliber Home Loans, Inc. ("Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On March 17, 2025, Plaintiff filed a Complaint [Dkt. 1].

2. On April 22, 2025, Defendants filed a Partial Motion To Dismiss Complaint For Failure To State a Claim [Dkt. 25].

3. On May 6, 2025, Plaintiff filed an Amended Complaint [Dkt. 32].

4. On May 20, 2025, Defendants filed a Partial Motion To Dismiss First Amended Complaint For Failure To State a Claim [Dkt. 48].

5. Plaintiff's current deadline to respond to the motion is June 3, 2025.

6. Defendants' current deadline to file its Reply In Support of Partial Motion To Dismiss For Failure To State a Claim is June 10, 2025.

The Parties have agreed to extend Plaintiff's deadline to respond by fourteen (14) days, to **June 17, 2025**, due to Plaintiff's counsel's unavailability stemming from a family wedding out of state during the first week of June. The Parties have further agreed to extend Defendants' deadline to file a reply in support of their motion by fourteen (14) days, to **July 1, 2025**, for the same reason.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Law Office of Miles N. Clark
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

This stipulation is submitted in good faith, not for the purpose of delay, and is not made for any improper purpose.

**IT IS SO STIPULATED.**
DATED: May 23, 2025.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **ATLAS | SOLOMON LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Natalie L. Winslow* |
| Miles N. Clark, Esq. | Natalie L. Winslow, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12125 |
| 5510 So. Fort Apache Rd, Suite 30 | Melanie D. Morgan, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 8215 |
| Email: miles@milesclarklaw.com | 7674 W. Lake Mead Blvd., Suite 220 |
| | Las Vegas, Nevada 89128 |
| *Counsel for Plaintiff* | Email: nwinslow@atlas-solomon.com |
| *Anne Blinn* | Email: mmorgan@atlas-solomon.com |
| | |
| | *Counsel for Defendants* |
| | *Newrez LLC dba Shellpoint Mortgage Servicing and Caliber Home Loans, Inc.* |

**ORDER GRANTING**
**STIPULATION TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' PARTIAL MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

**IT IS SO ORDERED.**

DATED:      5-23-25

U.S. MAGISTRATE JUDGE

*Blinn v. Caliber Home Loans, Inc. et al*
*Case No. 2:25-cv-00501-GMN-MDC*