Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Anne Blinn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BLINN,<br><br>          Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING; and TRANS UNION LLC,<br><br>          Defendants. | Case No. 2:25-cv-00501-GMN-MDC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE**<br><br>Complaint filed: March 17, 2025<br><br>Assigned to Hon. Judge Gloria M. Navarro |

//

//

//

//

//

//

//

//

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Anne Blinn ("Plaintiff") and Trans Union LLC ("Trans Union") to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: July 2, 2025.

| LAW OFFICES OF MILES N. CLARK, LLC | SKANE MILLS LLP |
|---|---|
| /s/ *Miles N. Clark* <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 5510 So. Fort Apache Rd, Suite 30 <br> Las Vegas, NV 89148 <br> Email: miles@milesclarklaw.com <br><br> *Counsel for Plaintiff* <br> *Anne Blinn* | /s/ *Sarai Leora Brown* <br> Sarai Leora Brown, Esq. <br> sbrown@skanemills.com <br> 1120 N. Town Center Dr., Ste 200 <br> Las Vegas, NV 89144 <br> Phone: (702) 363-2535 <br><br> *Counsel for Defendant* <br> *Trans Union LLC* |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: \_\_\_\_July 3\_\_\_\_, 2025

_____
U.S. DISTRICT COURT JUDGE

*Blinn v. Caliber Home Loans, Inc. et al*
*Case No. 2:25-cv-00501-GMN-MDC*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com