Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Anne Blinn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNE BLINN,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; and NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendants. | Case No. 2:25-cv-00501-GMN-MDC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**<br><br>Complaint filed: March 17, 2025<br><br>Assigned to Hon. Judge Gloria M. Navarro |

//

//

//

//

//

//

//

//

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Anne Blinn ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") to be determined by this Court. Plaintiff and Experian hereby stipulate that all claims and causes of action that were or could have been asserted against Experian are hereby dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: September 15, 2025.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Miles N. Clark, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 9982 |
| 5510 So. Fort Apache Rd, Suite 30 | 10100 W. Charleston Blvd., Suite 120 |
| Las Vegas, NV 89148 | Las Vegas, NV 89135 |
| Email: miles@milesclarklaw.com | Email: jbraster@nblawnv.com |
| *Counsel for Plaintiff* *Anne Blinn* | *Counsel for Defendant* *Experian Information Solutions, Inc.* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

Dated this  17  day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

*Blinn v. Caliber Home Loans, Inc. et al*
*Case No. 2:25-cv-00501-GMN-MDC*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com