Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Anne Blinn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BLINN,<br><br>  Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; GOODLEAP LLC; and NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING,<br><br>  Defendants. | Case No. 2:25-cv-00501-GMN-MDC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CALIBER HOME LOANS, INC.; AND NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING, WITH PREJUDICE**<br><br>Complaint filed: March 17, 2025<br><br>Assigned to Hon. Judge Gloria M. Navarro |

//

//

//

//

//

//

//

//

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Anne Blinn ("Plaintiff") and Caliber Home Loans, Inc. ("Caliber") and NewRez LLC dba Shellpoint Mortgage Servicing ("NewRez") to be determined by this Court. Plaintiff, Caliber and NewRez hereby stipulate that all claims and causes of action that were or could have been asserted against Caliber and NewRez are hereby dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: October 7, 2025.

| LAW OFFICES OF MILES N. CLARK, LLC | ATLAS | SOLOMON LLP |
|---|---|
| /s/ *Miles N. Clark*<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com<br><br>*Counsel for Plaintiff*<br>*Anne Blinn* | /s/ *Natalie L. Winslow*<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>7674 W. Lake Mead Blvd., Suite 220<br>Las Vegas, Nevada 89128<br>nwinslow@atlas-solomon.com<br><br>*Counsel for Defendant*<br>*Caliber Home Loans, Inc.; and NewRez*<br>*LLC dba Shellpoint Mortgage Servicing* |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF CALIBER HOME LOANS, INC.; AND NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICING, WITH PREJUDICE

**IT IS SO ORDERED.**

Dated this __8__ day of October, 2025.

Gloria M. Navarro, District Judge
United States District Court

*Blinn v. Caliber Home Loans, Inc. et al*
*Case No. 2:25-cv-00501-GMN-MDC*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com