Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Anne Blinn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BLINN,<br><br>        Plaintiff,<br><br>    v.<br><br>DISCOVER BANK,<br><br>        Defendant. | Case No. 2:25-cv-00501-GMN-MDC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TO FILE DISMISSAL OF DEFENDANT DISCOVER BANK**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: March 17, 2025<br><br>First Amended Complaint filed: May 6, 2025<br><br>Assigned to Hon. Judge Gloria M. Navarro |

Plaintiff Anne Blinn ("Plaintiff"), by and through her counsel of record, and Defendant Discover Bank ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

1.      On February 3, 2026, the Parties reached a settlement regarding Plaintiff's claims against Discover Bank, and Plaintiff filed a Notice of Settlement with Discover Bank [Dkt. 67].

2.      On February 4, 2026, the Court entered an Order regarding the settlement with Discover Bank [Dkt. 68].

3.      Pursuant to that Order, Plaintiff's current deadline to file a dismissal of Discover Bank is April 6, 2026.

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

4.     The Parties have agreed to extend the deadline for Plaintiff to file the dismissal by sixty (60) days to allow the parties to finalize the settlement terms. The parties therefore respectfully request that the Court extend the deadline to **June 6, 2026**.

This stipulation is submitted in good faith, not for the purpose of delay, and is not made for any improper purpose.

**IT IS SO STIPULATED.**
DATED: April 6, 2026.

| LAW OFFICES OF MILES N. CLARK, LLC | MESSNER REEVES |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Karie N. Wilson* |
| Miles N. Clark, Esq. | Karie N. Wilson, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 7957 |
| 5510 So. Fort Apache Rd, Suite 30 | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89148 |
| Email: miles@milesclarklaw.com | Email: kwilson@messner.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Anne Blinn* | *Discover Bank* |

**ORDER GRANTING**
**STIPULATION TO EXTEND TO FILE DISMISSAL OF DEFENDANT DISCOVER BANK**

**IT IS SO ORDERED.**

**DATED** this __7__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

*Blinn v. Caliber Home Loans, Inc. et al*
*Case No. 2:25-cv-00501-GMN-MDC*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com