Karie N. Wilson
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Phone: (702) 363-5100
kwilson@messner.com

Attorney for Defendant Capital One, N.A.,
successor by merger to Discover Bank

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| ANNE BLINN,<br><br>                Plaintiff,<br><br>        v.<br><br>CALIBER HOME LOANS, INC.;<br>DISCOVER BANK; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; GOODLEAP<br>LLC; NEWREZ LLC d/b/a<br>SHELLPOINT MORTGAGE<br>SERVICING; and TRANS UNION<br>LLC,<br><br>                Defendants. | Case No. 2:25-cv-00501<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT DISCOVER BANK**<br><br>Complaint filed: March 17, 2025<br><br>Assigned to Hon. Judge Gloria M. Navarro |

- 1 -
Stipulation of Dismissal as to Discover Bank

67751213 v1

Plaintiff Anne Blinn ("Plaintiff") and defendant Capital One, N.A., successor by merger to Discover Bank ("Discover")[1], pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of all claims asserted by Plaintiff against Discover only, with prejudice, with each party to bear its own attorney's fees, costs and expenses.  This stipulation does not affect Plaintiff's claims against any other defendant.

Respectfully submitted this __ day of May, 2026.

| | |
|---|---|
| */s/ Miles N. Clark* (with permission) | */s/ Karie N. Wilson* |
| Miles N. Clark | Karie N. Wilson |
| Nevada Bar No. 13848 | Nevada Bar No. 7957 |
| Law Offices of Miles N. Clark, LLC | Messner Reeves LLP |
| 5510 S. Fort Apache Rd., Suite 30 | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV 89148 | Las Vegas, NV 89148 |
| Telephone:  (702) 856-7430 | Telephone: (702) 363-5100 |
| Miles@milesclarklaw.com | Kwilson@messner.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Anne Blinn* | *Capital One, N.A., successor by* |
| | *merger to Discover Bank* |

---

[1] Pursuant to a merger agreement, on May 18, 2025, Discover Bank merged with Capital One, N.A. with Capital One as the surviving entity. Capital One, N.A. is the successor by merger to Discover Bank.

- 2 -

Stipulation of Dismissal as to Discover Bank

67751213 v1

## ORDER OF DISMISSAL OF DEFENDANT DISCOVER BANK

Having reviewed the Stipulation of Dismissal as to Defendant Capital One, N.A., successor by merger to Discover Bank ("Discover"), and good cause appearing therefore:

IT IS HEREBY ORDERED that Discover shall be dismissed from this action, with prejudice. This Order shall have no effect on the claims, rights, or defenses of any other party remaining in this action. Each party will bear its own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

**DATED** this __15__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

- 3 -
Stipulation of Dismissal as to Discover Bank

67751213 v1